# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2977
L.T. Case No. 05-2024-DR-12008

_____

DELJVON GRAY,

Appellant,

v.

JOCELYN HAGANS,

Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Michelle Pruitt Studstill, Judge.

Deljvon Gray, Williston, pro se.

No Appearance for Appellee.

February 4, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY, EISNAUGLE, and PRATT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————